**Order entered September 22, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00960-CV

### JOHN SAKYI, Appellant

### V.

### ABENA FOSUA SAKYI, Appellee

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-19-16018

## ORDER

Before the Court is appellee Abena Fosua Sakyi's Objection to Setting Case for Oral Argument, requesting that this appeal be submitted on the briefs. Upon further review, the Court has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.1(d). Accordingly, we **GRANT** appellee's request. The appeal will be submitted without oral argument on November 9, 2022.

/s/    LESLIE OSBORNE
       JUSTICE